**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**In re: BAYCOL PRODUCTS LITIGATION** **MDL No. 1431 (MDJ/JGL)**

---

**This Document Relates to:**

***Catherine McKeever, On Behalf of Herself and All Others Similar Situated,***

***Plaintiff,***

***v.*** **Case No. 02-0166**

***Bayer Corporation,***

**Defendant.**

---

# ORDER OF DISMISSAL

This matter having come before the Court on the Motion for Dismissal with Prejudice, the parties having received due notice and having had the opportunity to be heard, and this Court having considered the submissions made in support of the motion:

IT IS HEREBY ORDERED that the Motion for Dismissal with Prejudice is GRANTED with each party bearing their own fees and costs.

Dated: APR 16 2004

Michael J. Davis

Michael J. Davis
United States District Judge